UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DOUGLAS LINCOLN, JR., #195222, <br><br> *Petitioner*, <br><br> v. <br><br> BRAD NORMAN, <br><br> *Respondent*. | § § § § § § § § § § § Civil Action No. 3:22-CV-2932-X-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 6]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 14th day of February 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1